UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIN GIBNEY,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:24-cv-01380-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 13) |

Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from March 14, 2025, to May 13, 2025. (Doc. 12).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **May 13, 2025**. The time for filing a response and any optional reply brief remains as set by the scheduling order. *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **March 11, 2025**                                    _____
                                                                                        UNITED STATES MAGISTRATE JUDGE