UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIN GIBNEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-01380-JLT-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16) |

Pending before the Court is the parties' second stipulated request for a brief, three-day extension of the deadline for Plaintiff to file a motion for summary judgment from May 13, 2025, to May 16, 2025.  (Doc. 16).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **May 16, 2025**.  The time for filing a response and any optional reply brief remains as set by the scheduling order.  *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **May 9, 2025**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE