UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIN GIBNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:24-cv-01380-JLT-CDB (SS)<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 19) |

Pending before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), filed June 11, 2025. (Doc. 19).

Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge (ALJ) for a new decision; and

///

///

///

///

1    3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and
2       against Defendant, reversing the final decision of the Commissioner, and terminate all
3       pending dates.

4  IT IS SO ORDERED.

5    Dated:   **June 12, 2025**                    _____
6                                                  UNITED STATES MAGISTRATE JUDGE