UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIN GIBNEY,<br><br>          Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>          Defendant. | Case No.: 1:24-cv-01380 JLT CDB<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND TERMINATING PLAINTIFF'S MOTION FOR ATTORNEY FEES AS MOOT<br><br>(Docs. 22, 23) |

Trin Gibney and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $5,225.68 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23 at 1-3.) Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $5,225.68 pursuant to 28 U.S.C. § 2412(d).

2. Plaintiff's motion for attorney fees (Doc. 22) is terminated as **MOOT**.

IT IS SO ORDERED.

   Dated:  **September 20, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this action.

1